**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

UNITED FIDELITY BANK d/b/a BANK OF ST CROIX,   )
    )
    )
       Plaintiff,   )  **CASE NO. 3:25-cv-00034**
    v.   )
    )  **ACTION FOR DEBT**
JILL BIGELOW and GABRIEL MORALES,   )  **AND FORECLOSURE**
    )  **OF MORTGAGE**
    )
       Defendants.   )
    )

**PLAINTIFF, UNITED FIDELITY BANK D/B/A BANK OF ST. CROIX'S**
**DISCOVERY MEMORANDUM**

**COMES NOW**, Plaintiff, United Fidelity Bank d/b/a Bank of St. Croix ("Bank of St. Croix"), by and through counsel, Dudley Newman Feuerzeig LLP, pursuant to the Court's order of October 30, 2025 [DE 14] and Local Rule of Civil Procedure 16.1, and for its discovery memorandum states as follows.

1.    **Statement of Facts and Legal Issues**

Defendants, Jill Bigelow ("Bigelow") and Gabriel Morales ("Morales") own real property more particularly described as follows:

> **Parcel No. 64 Estate Chocolate Hole**
> **No. 11 Cruz Bay Quarter**
> **St. John, U.S. Virgin Islands**
> **Consisting of 0.52 U.S. acres, more or less**
> **As shown on P.W.D.  No. D9-322-T62 ("Property").**

On August 20, 2021, Bigelow and Morales, executed and delivered to the Bank of St. Croix a Fixed/Adjustable Rate Note and Fixed/Adjustable Rate Rider in which they  promised to pay the principal amount of One Million One Hundred Seventy-Two Thousand Five Hundred Dollars ($1,172,500.00) plus interest at the rate of 3.625% per annum in consecutive monthly installments

*United Fidelity Bank dba Bank of St. Croix v. Bigelow, et al.*
Case No. 3:25-cv-00034
Plaintiff's Discovery Memorandum
Page 2

commencing on October 1, 2021 and subject to change on September 1, 2028 ("Note").  As security

for the repayment of the Note, on August 20, 2021, Bigelow and Morales executed a mortgage in

favor of the Bank of St. Croix covering the Property ("Mortgage").  The mortgage was recorded with

the Recorder of Deeds for the District of St. Thomas and St. John ("Recorder") on August 24, 2021,

as Document No. 2021005375.

Bigelow and Morales have failed to, among other things, to make the required payments of

principal and interest to the Bank of St. Croix when due under the Note.  Accordingly, Bigelow and

Morales are in default under the terms and conditions of the Note and Mortgage.  Bank of St. Corix

made written demand upon Bigelow and Morales pursuant to the terms of the Note and Mortgage for

payment of the overdue principal, interest, late charges and/or property and casualty insurance paid

by Bank of St. Croix.  Despite demand, Bigelow and Morales have failed to cure the default within

the time provided and have failed to pay all principal and interest due as demanded.  Consequently,

Bank of St. Croix has accelerated the indebtedness owed under the Note and Mortgage in accordance

with the terms expressed in those instruments.  This action for debt and foreclosure followed.

2. **Discovery to Date**

All parties have served their Rule 26 Initial Disclosures.

3. **Discovery Problems to Date**

None.

*United Fidelity Bank dba Bank of St. Croix v. Bigelow, et al.*
Case No. 3:25-cv-00034
Plaintiff's Discovery Memorandum
Page 3

**4.      Further Discovery Needs**

Bank of St. Croix does not anticipate conducting discovery in this debt and foreclosure case,

as it is in possession of the information needed to prove its entitlement to a judgment of debt and

foreclosure.

**5.      Time Needed to Complete Discovery**

Bank of St. Croix has proposed a fact discovery deadline of **April 3, 2026.**

**6.       Expert Testimony**

Bank of St. Croix does not believe it will need to present expert testimony in this matter.

**7.      Limitations on Discovery**

At this time, Bank of St. Croix is not aware of any limitations that should be placed upon the

use of discovery devices in this case beyond those limits set forth in the applicable provisions of the

Federal Rules of Civil Procedure and the Local Rules of this Court.  Should the need to limit

discovery arise during the course of this case, Bank of St. Croix respectfully requests leave to submit

an appropriate application to the Court at such time.

Respectfully submitted,

**DUDLEY NEWMAN FEUERZEIG LLP**

DATED: December 1, 2025          By:  /s/ *Lisa Michelle Kömives*
Lisa Michelle Kömives (V.I. Bar No. 1171)
Law House - 1000 Frederiksberg Gade
P.O. Box 756
St. Thomas, VI  00804-0756
Telephone: (340) 774-4422
lkomives@dnfvi.com
*Attorneys for United Fidelity Bank dba Bank of St. Croix*