**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

United Fidelity Bank d/b/a Bank of St. Croix
        Plaintiff,

v.

                                     3:25-cv-34

Jill Bigelow and Gabriel Morales
        Defendants

_____/

## DISCOVERY MEMORANDUM

Defendants pursuant to *LRCi 16.1,* and this Court's order dated October 30, 2025, submit this discovery memorandum.

### I.   BRIEF STATEMENT OF THE FACTS

Plaintiff filed a complaint on September 2, 2025. The complaint contains in its caption "Action for Debt and Foreclosure of Mortgage" however it does not set forth any enumerated 'counts' or causes of action. The pleading is non-compliant with Fed. R. Civ. P. 10.

There are factual questions related to the increases in the 'escrow' amounts demanded by the plaintiff; those increases may have occurred without proper notice to the defendants. There are factual questions related to potential mitigation requirements to be followed by the plaintiff.

### II.   DISCOVERY CONDUCTED TO DATE

On November 12, 2025, the Defendants provided their first Rule 26 disclosures. Plaintiff provided their first Rule 26 disclosures on November 13, 2025.

### III.   DISCOVERY PROBLEMS

No problems have been encountered to date.

### IV.   FURTHER DISCOVERY NEEDS

The parties anticipate that the depositions in this case can be conducted via zoom. At least some of the witnesses do not reside on St. Thomas, VI.   Defendants will be requesting

documents from the plaintiff including, but not limited to: account statements, escrow account history, calculations, loan documents.

## V.    ESTIMATE OF THE TIME NEEDED TO COMPLETE DISCOVERY

The parties have submitted what they believe to be a realistic scheduling plan.

## VI.    EXPERT TESTIMONY

The Defendants anticipate mortgage experts related to mitigation requirements on the part of the plaintiff as well as escrow increases and notification requirements.

## VII.    LIMITATIONS ON DISCOVERY

No limitations on discovery are anticipated at this time. Depositions should be conducted via zoom.  The parties anticipate mediation being conducted via zoom.

## VIII.    OTHER ISSUES

No other issues are currently anticipated.

Dated:  December 1, 2025

Respectfully Submitted,
**Michael L. Sheesley LLC**

s/Michael L. Sheesley
Michael L. Sheesley
V.I. Bar #1010
Condo Torre Del Mar, Apt 2201
1477 Ashford Ave
San Juan, PR 00907
Telephone: (412)972-0412
michael@sheesley-law.com